```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 09514
   JOYCE M COLEY
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-8896


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 08/07/2006 and was confirmed 11/06/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  28.00%.

     The case was dismissed after confirmation 08/06/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
HSBC MORTGAGE SERVICES    CURRENT MORTG         .00           .00            .00
HSBC MORTGAGE SERVICES    MORTGAGE ARRE    14991.71           .00         145.30
MERS AS NOMINEE FOR HSBC  NOTICE ONLY     NOT FILED           .00            .00
COOK COUNTY TREASURER     SECURED               .00           .00            .00
MARENGO TERRACE CONDO AS  SECURED           1500.00           .00         458.37
MARENGO TERRACE CONDO AS  UNSECURED       NOT FILED           .00            .00
DAIMLER CHRYSLER FINANCI  SECURED               .00           .00            .00
FORD MOTOR CREDIT         SECURED               .00           .00            .00
BALLYS TOTAL FITNESS      UNSECURED       NOT FILED           .00            .00
HOUSEHOLD FINANCE CORPOR  UNSECURED        10156.39           .00            .00
BENEFICIAL HFC            NOTICE ONLY     NOT FILED           .00            .00
BENEFICIAL HFC            NOTICE ONLY     NOT FILED           .00            .00
BENEFICIAL HFC            NOTICE ONLY     NOT FILED           .00            .00
CINGULAR WIRELESS         UNSECURED       NOT FILED           .00            .00
COMMONWEALTH EDISON       UNSECURED       NOT FILED           .00            .00
CONCORD SERVICING CORP    UNSECURED       NOT FILED           .00            .00
CINGULAR                  UNSECURED       NOT FILED           .00            .00
FED EXPRS CU              NOTICE ONLY     NOT FILED           .00            .00
FED EXPRS CU              NOTICE ONLY     NOT FILED           .00            .00
FED EXPRS CU              NOTICE ONLY     NOT FILED           .00            .00
FED EXPRS CU              NOTICE ONLY     NOT FILED           .00            .00
FED EXPRS CU              NOTICE ONLY     NOT FILED           .00            .00
FED EXPRS CU              UNSECURED         364.14            .00            .00
FIRST PREIMER BANK        NOTICE ONLY     NOT FILED           .00            .00
FIRST PREIMER BANK        NOTICE ONLY     NOT FILED           .00            .00
FORD MOTOR CREDIT CORPOR  NOTICE ONLY     NOT FILED           .00            .00
FORD MOTOR CREDIT CORPOR  NOTICE ONLY     NOT FILED           .00            .00
RADIOLOGY CONSULTANT      UNSECURED       NOT FILED           .00            .00
NICOR GAS                 UNSECURED       NOT FILED           .00            .00
AMERITECH/SBC             UNSECURED       NOT FILED           .00            .00
TRAVLRS ACCPET            NOTICE ONLY     NOT FILED           .00            .00
LVNV FUNDING LLC          UNSECURED        1265.99            .00            .00

                     PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 09514 JOYCE M COLEY
```

```
FORD MOTOR CREDIT        UNSECURED        10115.54              .00              .00
ROBERT V SCHALLER ^      DEBTOR ATTY       2,741.00                          2,741.00
TOM VAUGHN               TRUSTEE                                               206.24
DEBTOR REFUND            REFUND                                                520.80
```

Summary of Receipts and Disbursements:

```
-------------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                 4,071.71

PRIORITY                                            .00
SECURED                                          603.67
UNSECURED                                           .00
ADMINISTRATIVE                                 2,741.00
TRUSTEE COMPENSATION                             206.24
DEBTOR REFUND                                    520.80
                        ---------------   ---------------
TOTALS                  4,071.71                4,071.71
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 05/23/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                               PAGE   2
            CASE NO. 06 B 09514 JOYCE M COLEY